**UNITED STATES BANKRUPTCY COURT**
For The Western District of Virginia

| | |
|---|---|
| **In re: Gerardo Gardea**<br>         **Jesus Clemencia Gardea**<br><br>                                    **Debtor(s)** | CASE NO. 13–50536<br><br>CHAPTER 7 |

### NOTICE OF NEED TO FILE PROOF OF CLAIM
### DUE TO RECOVERY OF ASSETS

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, it appears that assets may be recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the Clerk of the Bankruptcy Court at the address below on or before

**DEADLINE for creditors other than governmental units:   9/18/13**

**DEADLINE for governmental units, if applicable:   10/28/13**

Creditors who do not file a proof of claim on or before this date will not share in any distribution from the debtor(s)' estate.

The proof of claim form can be found on the court's website, www.vawb.uscourts.gov. It may be filed by regular mail or by going to the court's website located at www.vawb.uscourts.gov, there you can file and print a copy of your proof of claim. We strongly encourage you to use our website to file, but it you wish to use regular mail and receive proof of its receipt by the Bankruptcy Court, enclose a photocopy of the proof of claim together with a stamped, self–addressed envelope.

There is no fee for filing the proof of claim. Proofs of claim filed by mail are to be filed with the United States Bankruptcy Court at the address listed below and to the left and a copy must be sent to the case trustee listed below to the right:

116 N Main St.
Room 223
Harrisonburg, VA 22802
(540) 434–8327

George I Vogel(74)
PO Box 18188
Roanoke, VA 24014

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

Service of a copy of this Notice shall be by mail to the debtor(s), attorney for the debtor(s), trustee, and all creditors and parties in interest.

FOR THE COURT
JOHN W.L. CRAIG, II, CLERK
116 N Main St.
Room 223
Harrisonburg, VA 22802
(540) 434–8327

Entered: 6/20/13

dis02.jsp

```
                            United States Bankruptcy Court
                             Western District of Virginia

In re:                                                                 Case No. 13-50536-rbc
Gerardo Gardea                                                         Chapter 7
Jesus Clemencia Gardea
         Debtors                 CERTIFICATE OF NOTICE

District/off: 0423-5          User: spitzera               Page 1 of 3          Date Rcvd: Jun 20, 2013
                              Form ID: noa                 Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2013.
db/jdb     +Gerardo Gardea,   Jesus Clemencia Gardea,   1625 2nd Street,   Waynesboro, VA 22980-3133
cr         +WELLS FARGO BANK, NA,   236 CLEARFIELD AVE,   SUITE 215,   VA BEACH, VA 23462-1893
3770043     ANESTHESIA ASSOCIATES OF AUGUSTA,   C/O VALLEY CREDIT SERVICE,   P.O. BOX 83,
             STAUNTON, VA 24402-0083
3770045    +AUGUSTA HEALTH,   C/O MEDICAL DATA SYSTEMS, INC.,   2001 9TH AVE., SUITE 312,
             VERO BEACH, FL 32960-6413
3770047    +AUGUSTA HEALTH CARE FOR WOMEN,   C/O FOCUSED RECOV SOLUTIONS,   9701 METROPOLITAN CRT., SUITE B,
             RICHMOND, VA 23236-3690
3770049     CATO,   P.. BPX 34216,   CHARLOTTE, NC 28234-4216
3770052     COMMUNITY BANK / PEEBLES,   P.O. BOX 182789,   COLUMBUS, OH 43218-2789
3770054     HSBC CARD SERVICES,   C/O THE BUREAUS,   1717 CENTRAL ST.,   EVANSTON, IL 60201-1507
3770055     MEDICAL-ANESTHESIA ASSOC. OF AUGUSTA,   C/O VALLEY CREDIT SVC,   P.O. BOX 83,
             STAUNTON, VA 24402-0083
3770056    +SHENANDOAH EMERGENCY PHYSICIANS,   C/O DECA FINANCIAL SERVICES,   10500 KINCAID DRIVE, SUITE 150,
             FISHERS, IN 46037-9764
3770057    +UVA PHYSICIANS GROUP,   500 RAY C HUNT DRIVE,   CHARLOTTESVILLE, VA 22903-2981
3770058    +UVA PHYSICIANS GROUP UVA HS,   C/O BULL CITY FINANCIAL SOLUTIONS,   1107 W. MAIN ST.,
             DURHAM, NC 27701-2028
3778793    +Wells Fargo Bank, NA,   Susan C. Meyer, Esquire,   Shapiro Brown & Alt, LLP,
             236 Clearfield Avenue, Suite 215,   Virginia Beach, VA 23462-1893

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
3770044      E-mail/Text: L2SHOWALTER@AUGUSTAHEALTH.COM Jun 20 2013 21:20:55    AUGUSTA HEALTH,
             P.O. BOX 1000,   FISHERSVILLE, VA 22939-1000
3770048      E-mail/Text: bankruptcy@bbandt.com Jun 20 2013 21:16:34    BB&T,   BANKCARD SERVICE CENTER,
             P.O. BOX 1626,   WILSON, NC 27894-1626
3770050     +E-mail/Text: bankruptcydepartment@ncogroup.com Jun 20 2013 21:22:29    COLUMBIA GAS OF VIRGINIA,
             C/O NCO FINANCIAL,   PO BOX 15636,   WILMINGTON, DE 19850-5636
3770051      EDI: WFNNB.COM Jun 20 2013 21:18:00    COMENITY BANK/FASHION BUG,   P.O. BOX 182789,
             COLUMBUS, OH 43218-2789
3770053      EDI: DISCOVER.COM Jun 20 2013 21:18:00    DISCOVER FINANCIAL SVCS LL,   P.O. BOX 15316,
             WILMINGTON, DE 19850-5316
3789059      EDI: RECOVERYCORP.COM Jun 20 2013 21:18:00    Recovery Management Systems Corporation,
             25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
3770059      EDI: WFFC.COM Jun 20 2013 21:18:00    WELLS FARGO HOME MORTGAGE,   PO. BOX 10335,
             DES MOINES, IA 50306-0335
3770060     +EDI: PRA.COM Jun 20 2013 21:18:00    WORLD FINANCIAL NETWORK BANK,   C/O PORTFOLIO RECOVERY,
             120 CORPORATE BLVD.,   NORFOLK, VA 23502-4962
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, Fl  33131-1605
3770046*    +AUGUSTA HEALTH,   C/O MEDICAL DATA SYSTEMS, INC.,   2001 9TH AVENUE, SUITE 312,
              VERO BEACH, FL 32960-6413
                                                                                TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0423-5          User: spitzera              Page 2 of 3              Date Rcvd: Jun 20, 2013
                              Form ID: noa                Total Noticed: 21
```

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jun 22, 2013**                                    **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 0423-5          User: spitzera             Page 3 of 3              Date Rcvd: Jun 20, 2013
                              Form ID: noa               Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2013 at the address(es) listed below:
         George I Vogel(74)    VA16@ecfcbis.com;kbrown@vogelandcromwell.com
         Susan C Meyer    on behalf of Creditor    WELLS FARGO BANK, NA vabecf@logs.com, vabecf@logs.com
         Thomas W. Dixon, Jr.    on behalf of Debtor Gerardo  Gardea dixontw@cfw.com, bankrupt@ntelos.net
         Thomas W. Dixon, Jr.    on behalf of Joint Debtor Jesus Clemencia Gardea dixontw@cfw.com, bankrupt@ntelos.net
         USTrustee    USTPRegion04.RN.ECF@usdoj.gov
         TOTAL: 5